WY Laramie County District Court
1st JD
Jul 21 2025 02:05PM
2025-CV-0203385
76696758

**FILED**

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT
IN AND FOR LARAMIE COUNTY, STATE OF WYOMING

| | |
|---|---|
| BRADBURY VALLEY TRUST, MICHAEL JAMES BRADBURY, AND TAMMY JO BRADBURY, <br><br> Petitioners, <br><br> v. <br><br> NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, THE SAYER LAW GROUP, P.C., et al, <br><br> Defendants. | CASE NO. 2025-CV-0203385 |

## ANSWER

COMES NOW, Defendant, The Sayer Law Group, P.C., and for its Answer to Complaint filed herein, alleges as follows:

1. Defendant denies the allegations of paragraph 1.

2. Defendant lacks sufficient information to admit or deny the allegations of paragraph 2 and therefore deny the same.

3. Defendant lacks sufficient information to admit or deny the allegations of paragraph 3 and therefore deny the same.

4. Defendant lacks sufficient information to admit or deny the allegations of paragraph 4 and therefore deny the same.

5. Defendant lacks sufficient information to admit or deny the allegations of paragraph 5 and therefore deny the same.

6. Defendant denies the allegations of paragraph 6.

7. Defendant lacks sufficient information to admit or deny the allegations of paragraph 7 and therefore deny the same.

8. Defendant denies the allegations of paragraph 8.

9. Defendant lacks sufficient information to admit or deny the allegations of paragraph 9 and therefore deny the same.

10. Defendant lacks sufficient information to admit or deny the allegations of paragraph 10 and therefore deny the same.

11. Defendant denies the allegations of paragraph 11.

12. Defendant denies the allegations of paragraph 12.

13. Defendant denies the allegations of paragraph 13.

14. Defendant lacks sufficient information to admit or deny the allegations of paragraph 14 and therefore deny the same.

15. Defendant denies the allegations of paragraph 15.

16. Defendant lacks sufficient information to admit or deny the allegations of paragraph 16 and therefore deny the same. Additionally, paragraph 16 contains legal conclusions which cannot be neither admitted or denied.

17. Defendant denies the allegations of paragraph 17.

18. Defendant denies the allegations of paragraph 18.

19. Defendant denies the allegations of paragraph 19.

20. Defendant denies the allegations of paragraph 20.

21. Defendant denies the allegations of paragraph 21.

22. Defendant does not respond to Paragraph 22, as it contains legal conclusions and statements that do not require a response.

23. Defendant incorporates is responses in paragraphs 1-22 as though fully state herein.

24. Defendant does not respond to Paragraph 24, as it contains legal conclusions and statements that do not require a response.

## AFFIRMATIVE DEFENSES

25. Complaint fails to state a claim upon which relief can be granted.

26. Plaintiff does not have standing and/or is not the real party in interest.

27. Plaintiff has failed to join all necessary and/or indispensable parties.

28. Complaint amounts to a claim for a taking and Plaintiff has failed to comply with the statutory and common law prerequisite for making such a claim.

29. Plaintiff's claims are barred by the statute of frauds.

30. Plaintiff's claims are barred by the applicable statute of limitations.

31. Plaintiff's claims are barred by the doctrine of laches.

32. Plaintiff's claims are barred by the doctrine of unclean hands.

33. Plaintiff's claims are barred by the doctrines of waiver, estoppel, acquiescence and/or ratification.

34. The Sayer Law Group, P.C. reserves the right to add or withdraw affirmative defenses as investigation and discovery proceeds in this matter.

WHEREFORE, Defendant, The Sayer Law Group, P.C., respectfully request the Court dismiss Plaintiff's Complaint with prejudice, that it takes nothing thereby, and for such other and further relief as this Court deems just and proper.

Respectfully submitted on this 21st day of July, 2025.

/s/ C. Morgan Lasley

C. Morgan Lasley, 7-5629
Brian G. Sayer, 7-4862
The Sayer Law Group, P.C.
925 E. 4th St.
Waterloo, IA 50703
319-234-2530
319-232-6341
generalupdates@sayerlaw.com

## CERTFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 21st day of July, 2025, I delivered by hand or mail a true and correct copy of this Answer in person or by United States Postal Service mail, first class postage prepaid, to the following:

Michael James Bradbury and Tammy Bradbury,
Trustees of Bradbury Valley Trust
1635 County Road 136
Cheyenne, WY 82009-9410

Bradbury Valley Trust
1021 East Lincoln Way Unit 452
Cheyenne, WY 82001

Office of the Trust
Bradbury Valley Trust
52 A Edgewater Way, Unit #3014
Harbour Walk Grand Cayman
Grand Cayman Islands, KY 19006

_____
Tami King, Legal Assistant